Jeffrey D. Hook (SBN 216229), Tara Simon (SBN 286502)
Salamirad Morrow P.C.
19200 Von Karman Ave., Suite 400
Irvine, CA 92612
(949) 477-8068
jh@salamiradmorrow.com

E-FILED 06/24/13

JS-6

**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY, a Washington corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>TAL CAL ENGINEERING, INC., a California corporation; TAL COHEN, an individual; ADI LEVY COHEN, an individual; and DOES 1 through 100, inclusive;<br><br>Defendant(s). | CASE NUMBER<br><br>2:10-cv-09584-PSG-SH<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) TAL COHEN, an individual; ADI LEVY COHEN, an individual.

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Contractors Bonding and Insurance Company.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 17, 2013
*Date*

*Signature of Attorney*

IT IS SO ORDERED.
DATED: 6/24/13

U.S. DISTRICT JUDGE

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*